STEPHEN YOUNG, CASB No. 58711
steve.young@kyl.com
ELIZABETH H. LINDH, CASB No. 162660
elizabeth.lindh@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Defendant and Cross-Claimant
NATIONAL FINANCIAL SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWS TECHNOLOGIES, INC., a Delaware corporation (formerly First Responder Products, Inc.), a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS G. FURTH, individually and allegedly dba MILLENNIUM CONSULTING GROUP, INC., a defunct Ohio corporation; MARK FIXLER; JAG ENTERPRISES, LLC, an Ohio limited liability company; MICHEL ATTIAS; BRENDON ATTIAS; TIMOTHY GARLIN; MARC J. BERNSTEIN; COMPREHENSIVE FINANCIAL SERVICES LLC, an Ohio limited liability company, THE SIGNATURE FUND, a purported Ohio limited partnership; SIGNATURE MANAGEMENT, LLC, an Ohio limited liability company; LEGENT CLEARING, /// | Case No. SACV08-00586 CJC (PLAx) <br><br> Consolidated with SACV08-1359 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **([PROPOSED] ORDER FILED CONTEMPORANEOUSLY HEREWITH)** |

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND
AMENDED COMPLAINT                                                          KYL_LB1279155

| | |
|---|---|
| 1  | LLC, a Nebraska company; UBS FINANCIAL SERVICES, INC., a California company; NATIONAL FINANCIAL SERVICES LLC aka FIDELITY INVESTMENTS NATIONAL FINANCIAL SERVICES, a Massachusetts company; eTRADE SECURITIES, a Virginia company and DOES 1–200, |
| 2 | ) |
| 3 | ) |
| 4 | ) |
| 5 | ) |
| 6 | ) |
| 7 | Defendants. |
| 8 | |
| 9 | NATIONAL FINANCIAL SERVICES LLC aka FIDELITY INVESTMENTS NATIONAL FINANCIAL SERVICES, a Massachusetts company, |
| 10 | |
| 11 | |
| 12 | Cross-Claimants, |
| 13 | vs. |
| 14 | COMPREHENSIVE FINANCIAL; SERVICES LLC, an Ohio limited liability company and BRENDON ATTIAS; GWS TECHNOLOGIES, INC., a Delaware corporation (formerly First Responder Products, Inc.), a Delaware corporation, |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Cross-Defendants. |
| 20 | |

Defendant and Cross-Claimant NATIONAL FINANCIAL SERVICES, LLC by and through its counsel Elizabeth Lindh of Keesal, Young & Logan and Plaintiff GWS Technologies, Inc. (formerly First Responder Products, Inc.) by and through its counsel John M. Haytol hereby stipulation and agree that Defendant and Cross-Claimant NATIONAL FINANCIAL SERVICES, LLC shall have a 20 day extension of time up to and including

///

1 | February 1, 2010 to respond to Plaintiff GWS Technologies, Inc.'s Second
2 | Amended Complaint.

DATED: January 13, 2010

STEPHEN YOUNG
ELIZABETH H. LINDH
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Cross-Claimant NATIONAL FINANCIAL SERVICES, LLC

DATED: January 13, 2010

JOHN M. HAYTOL
Attorneys for Plaintiff
GWS TECHNOLOGIES, INC.,
(formerly First Responder Products, Inc.)